# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| WANDA ELIZABETH CRAVEN,<br><br>    Plaintiff,<br><br>v.<br><br>REPUBLIC SERVICES, INC., et al.,<br><br>    Defendants. | Civil Action No. 6:21-CV-00016 (NKM/RSB) |

## JOINT NOTICE OF SETTLEMENT AND DEATH OF PLAINTIFF

Plaintiff Wanda Elizabeth Craven ("Plaintiff") and Defendants Republic Services, Inc. ("RSI") and BFI Waste Services, LLC, d/b/a Allied Waste Services of Lynchburg/Republic Services of Lynchburg ("BFI") (collectively, "Defendants") (Plaintiff and Defendants being referred to collectively as the "Parties"), by and through their counsel, hereby jointly submit this Notice of Settlement and Death of Plaintiff, and state as follows:

1. On Friday, October 1, 2021, the Parties reached an agreement in principle to settle this matter.

2. On Monday, October 4, 2021, Plaintiff's counsel informed Defendants' counsel that Plaintiff had passed away.

3. Plaintiff's counsel has advised Defendants' counsel that Plaintiff's son has been named as the executor of Plaintiff's estate through her will. Plaintiff's counsel further stated that Plaintiff's son is in the process of proceeding in probate to be officially appointed as the executor of Plaintiff's estate.

4. The Parties understand that the probate proceedings may take time, particularly in light of the delays caused by the ongoing COVID-19 pandemic.

5. Currently, the Parties are working to finalize an agreement memorializing the terms of the settlement of this case.

6. Upon completion of the probate proceedings, Plaintiff's son, as the executor of Plaintiff's estate, will promptly file a motion for substitution with this Court pursuant to Federal Rule of Civil Procedure 25(a) to replace Plaintiff in this case.

7. Thereafter, Plaintiff's son, as the executor of Plaintiff's estate, will execute the settlement agreement and release agreed upon by the Parties, on behalf of Plaintiff. In addition, a Joint Stipulation of Dismissal with Prejudice will be filed.

8. In light of the Parties' settlement, and to allow sufficient time for Plaintiff's son to be officially appointed as the executor of Plaintiff's estate to finalize the resolution of this matter, the Parties believe that this case should be placed in the Court's inactive docket and/or a stay should be entered, whichever is the Court's preference.[1]

---

[1] The current deadline to complete discovery is May 31, 2022, *i.e.*, 105 days before the September 12, 2022 trial date in this matter. *See* Dkt. 12 and 13.

Dated: October 13, 2021

Respectfully submitted,

  */s/ Brittany M. Haddox (with consent)*
Brittany M. Haddox, Esq. (VSB #86416)
L. Leigh R. Strelka, Esq. (VSB #73355)
Thomas E. Strelka, Esq. (VSB # 75488)
Monica L. Mroz, Esq. (VSB # 65766)
N. Winston West, IV, Esq. (VSB # 92598)
STRELKA EMPLOYMENT LAW
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
Tel: 540-283-0802
brittany@strelkalaw.com
leigh@strelkalaw.com
thomas@strelkalaw.com
monica@strelkalaw.com
winston@strelkalaw.com

*Counsel for Plaintiff Wanda Elizabeth Craven*

*/s/ Joon Hwang*
Joon Hwang (VSB # 82248)
jhwang@littler.com
Alexander P. Berg (VSB # 95557)
aberg@littler.com
LITTLER MENDELSON, P.C.
1650 Tysons Boulevard
Suite 700
Tysons Corner, VA  22102
Telephone:    703.442.8425
Facsimile:     703.373.2628

*Counsel for Defendants*
*Republic Services, Inc. and BFI Waste*
*Services, LLC d/b/a Allied Waste Services of*
*Lynchburg/Republic Services of Lynchburg*

# CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of October 2021, the foregoing **JOINT NOTICE OF SETTLEMENT AND DEATH OF PLAINTIFF** was filed via this Court's CM/ECF system, which will cause of copy of the foregoing document to be served on the following counsel of record:

> Brittany M. Haddox, Esq. (VSB #86416)
> L. Leigh R. Strelka, Esq. (VSB #73355)
> Thomas E. Strelka, Esq. (VSB # 75488)
> Monica L. Mroz, Esq. (VSB # 65766)
> N. Winston West, IV, Esq. (VSB # 92598)
> STRELK EMPLOYMENT LAW
> Warehouse Row
> 119 Norfolk Avenue, S.W., Suite 330
> Roanoke, VA 24011
> Tel: 540-283-0802
> brittany@strelkalaw.com
> leigh@strelkalaw.com
> thomas@strelkalaw.com
> monica@strelkalaw.com
> winston@strelkalaw.com
> *Counsel for Plaintiff Wanda Elizabeth Craven*

> By:    */s/ Joon Hwang*
> Joon Hwang (VSB # 82248)
> jhwang@littler.com
> Alexander P. Berg (VSB # 95557)
> aberg@littler.com
> LITTLER MENDELSON, P.C.
> 1650 Tysons Boulevard
> Suite 700
> Tysons Corner, VA 22102
> Telephone:    703.442.8425
> Facsimile:    703.373.2628
>
> *Counsel for Defendants*
> *Republic Services, Inc. and BFI Waste*
> *Services, LLC d/b/a Allied Waste*
> *Services of Lynchburg/Republic*
> *Services of Lynchburg*