CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
1/18/2022
JULIA C. DUDLEY, CLERK
BY: s/ A. Little
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

| | |
|---|---|
| **JUDSON ELLENBURG, EXECUTOR OF THE ESTATE OF WANDA ELIZABETH CRAVEN,** | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No: 6:21-cv-00016<br>) |
| **BFI WASTE SERVICES, LLC, d/b/a ALLIED WASTE SERVICES OF LYNCHBURG/ REPUBLIC SERVICES OF LYNCHBURG, *et al.*,** | )<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | ) |

## ORDER

The plaintiff has filed a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure advising that the parties agree that this action shall be dismissed with prejudice. Accordingly, by agreement of the parties, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE** and **STRICKEN** from the active docket of this Court with the parties to bear their own costs and fees.

It is **SO ORDERED**.

Entered: January 18, 2022

_____
Hon. Norman K. Moon
United States District Judge